Petitioner: Franklin James Mosley

FILED JUN 01 2023 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By—CB

5-29-2023

Clerk,

On March, 16th 2023, the court of Appeals by unanimous vote award me Franklin James Mosley a remanding in the matter of DOC#21CR060772, 21CR060773, 21CR060774 for Probable Cause N.C. Gen. Stat. Sections 15A-606 and 15A-611-14 in the county of Forsyth. Giving them 15 days to either (1) Give me a probable cause hearing according to Gen. Stat. 15A-606 (A)(0), or (2) Show good cause or in this case extraordinary cause to Gen. Stat. 15-606, (F), or (3) Demonstrate to the court lawfullness reason for my confinement. Court ordered on March 17th 2023. They never took me to court in 15 days, to face a judge.

 Also on March 20th 2023, I was visited by my Attorney Julie Boyer, stating that the D.A. had 15 days to get me in court for a Probable Cause hearing. My court date was set for April, 13th 2023. The D.A. broke the law and went to court March 27th before my court date. I never waive my rights or gave my lawyer permission to go to court without me. I was never pull out to attend my court date April, 13th 2023. Then I recieved a Order Continuing Probable cause for good cause stating that my lawyer was present on my behave unopposing the motion to continue by the states D.A. I had no knowledge, nor gave my Attorney permission (see N.C. Gen. Stat. 15A-606,

(D)(E)(F) to waive or not oppose my Probable Cause hearing. According to Gen. Stat. 15A-606,(F) State did not put a motion in 48 hours prior in a timely manner. This is a Violation of my 5th, 6th, 7th, 8th, 9th, and 14th Amendment.

Name: Franklin James Mosley        Date: 5-29-2023



# North Carolina Court of Appeals

EUGENE H. SOAR, Clerk
Court of Appeals Building
One West Morgan Street
Raleigh, NC 27601
(919) 831-3600

Fax: (919) 831-3615
Web: https://www.nccourts.gov

Mailing Address:
P. O. Box 2779
Raleigh, NC 27602

No. P23-175

STATE OF NORTH CAROLINA,

V.

FRANKLIN J. MOSLEY

From Forsyth
( 21CR060772; 21CR060773; 21CR060774 )

## ORDER

The following order was entered:

By unanimous vote, the petition for writ of habeas corpus filed in this cause by petitioner Franklin J. Mosley on 16 March 2023 is allowed for the limited purpose of remanding the matter to the Forsyth County District Court to: (1) conduct a probable cause hearing pursuant to N.C. Gen. Stat. Sections 15A-606 and 15A-611-14; (2) make findings as to the extraordinary cause for continuance of the probable cause hearing pursuant to N.C. Gen. Stat. Section 15A-606(f); or (3) otherwise demonstrate to this Court the lawfulness of petitioner's confinement. The district court is to respond to this Court within fifteen days of this order.

A copy of this order shall be mailed to the Chief District Court Judge of District Court District 21, the District Attorney of Prosecutorial District 31, and petitioner's counsel of record, Julie Boyer.

By order of the Court this the 17th of March 2023.

WITNESS my hand and the seal of the North Carolina Court of Appeals, this the 17th day of March 2023.

Eugene H. Soar
Clerk, North Carolina Court of Appeals

Copy to:
Attorney General, For State of North Carolina
Mr. Franklin J Mosley, For Mosley, Franklin J
Ms. Julie C. Boyer, Attorney at Law, For Mosley, Franklin J - (By Email)
Mr. James R. O'Neill, District Attorney
Hon. Victoria L. Roemer, Chief District Court Judge
Hon. A. Denise Hines, Clerk of Superior Court