IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANKLIN JAMES MOSLEY ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:23-CV-443 |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

### ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the petitioner. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is construed as a habeas petition under 28 U.S.C. § 2241 and dismissed *sua sponte* without prejudice to the petitioner filing a new petition which corrects the defects cited in the Magistrate Judge's Recommendation. The new petition must be accompanied by either the five-dollar filing fee or a current application to proceed *in forma pauperis*.

A certificate of appealability shall not issue.

This the 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE